# JEFFREY G. PITTELL
### ATTORNEY AT LAW

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York 11023
www.jpittell.com

Tel (516) 829-2299
Fax (516) 977-3003
Email jp@jpittell.com

November 30, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

Honorable Barbara S. Jones
United States District Court
500 Pearl St
New York, NY 10007

Re:  *United States v. Jenny Perez*
     <u>07 cr 902 (BSJ)</u>

Dear Judge Jones:

I am counsel for Jenny Perez in the above referenced matter. On November 15, 2007, Ms. Perez was arraigned on the indictment and the case was adjourned for her initial appearance before your honor on November 30, 2007.

Due to scheduling conflicts, I <u>respectfully request the November 30, 2007 appearance be adjourned</u> to December 3, 2007 at either 12:45 pm or 5 pm. I consent to an exclusion of time, for speedy trial purposes, from November 30th until the adjourn date.

I have conferred with the Government and they consent to this request.

Respectfully submitted,

Jeffrey G. Pittell

cc: AUSA John Cronan (212) 637-2937 (by fax)

*Handwritten order:* Application granted. The pretrial conference is adjourned to December 5, 2007 at 2PM. In the interest of justice for the reason stated above, speedy trial time is excluded from December 3, 2007 to December 5, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED**
Dated: _____
BARBARA S JONES
U.S.D.J.