```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :    07 CR. 902 (BSJ)
                                    :
                                    :         ORDER
         -v-                        :
                                    :
                                    :
JENNY PEREZ,                        :
                                    :
                                    :
                     Defendants.    :
                                    :
------------------------------------X
```

BARBARA S. JONES,
United States District Judge:

IT IS HEREBY ORDERED that the status conference scheduled for January 18, 2008 is adjourned to February 21, 2008 at 3:30PM to allow the parties to continue discussions relating to a possible disposition in this matter. For this reason, in the interest of justice, the period of time from January 18, 2008 to February 21, 2008 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find that a possible disposition outweighs both the interests of the public and the defendant in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         January 16, 2008

                                    _____
                                         BARBARA S. JONES
                                     United States District Judge