```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                    ORDER
     -v.-                       :
                                    07 Cr. 902 (BSJ)
JENNY PEREZ,                    :

          Defendant.            :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Assistant United States John P. Cronan, and with the consent of the defendant, JENNY PEREZ, by and through her counsel, Jeffrey Pittell, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference date, September 10, 2008, at 2:00 p.m., is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because, among other things, it will allow the parties to finalize a possible disposition of the case.

SO ORDERED.

Dated:   July 10, 2008
         New York New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

_____
THE HONORABLE BARBARA S. JONES
United States District Judge

Part I