UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    MISDEMEANOR
                                      INFORMATION
         v.                      :    S1 07 Cr. 902 (BSJ)

JENNY PEREZ,                     :

         Defendant.              :

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: SEP 8 2008

### COUNT ONE

The United States Attorney charges:

From in or about April 2005, up to and including in or about May 2005, in the Southern District of New York and elsewhere, JENNY PEREZ, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the United States Department of the Treasury, the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, PEREZ fraudulently permitted checks issued by the United States Treasury, to which she was not entitled, to be deposited into her bank account, and withdrew the proceeds of those checks from her bank account.

(Title 18, United States Code, Sections 641 and 2.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**JENNY PEREZ,**

**Defendant.**

## INFORMATION

S1 07 Cr. 902 (BSJ)

(Title 18, United States Code,
Sections 641 and 2.)

MICHAEL J. GARCIA
United States Attorney.
