

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2008

**By Facsimile**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, New York 10007

      Re:    United States v. Jenny Perez
              S1 07 Cr. 902 (BSJ)

Dear Judge Jones:

      I write respectfully on behalf of the Government in the above-referenced case. Enclosed please find a Superseding Information, which the Government filed earlier today. The Superseding Information charges the defendant with the misdemeanor offense of theft of Government property, in violation of Title 18, United States Code, Section 641.

      Defense counsel has advised me that the defendant intends to enter a guilty plea to the Superseding Information. As directed by Your Honor, the parties are in the process of scheduling that plea with the Magistrate Judge on duty. In light of the anticipated plea, the Government respectfully requests an adjournment of the pretrial conference scheduled for September 10, 2008, at 2:00 p.m. I appreciate the Court's consideration of this matter.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By:    */s/*
      John P. Cronan
      Assistant United States Attorney
      Tel.: (212) 637-2779
      Fax: (212) 637-2390

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/09

cc:    Jeffrey Pittell, Esq. (by facsimile)

Enclosure

*Application is granted.*
*So ordered.*
*Barbara S. Jones*
*USDJ*
*9/10/08*