



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2008

**By Hand**

The Honorable Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, New York 10007

       Re:    United States v. Jenny Perez
               S1 07 Cr. 902 (BSJ)

Dear Judge Jones:

       The Government respectfully submits this letter to inform the Court that on September 24, 2008, the defendant pled guilty to Count One of Superseding Information 07 Cr. 902 (BSJ), before Magistrate Judge Gabriel W. Gorenstein. Enclosed please find a copy of the Information, the plea allocution transcript, and a proposed order for acceptance of the plea.

       I also respectfully request that the Court schedule the defendant's sentencing for December 19, 2008, at 11:00 a.m., which I understand to be an available time for the Court.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                          United States Attorney

              By:   /s/ John P. Cronan
                   John P. Cronan
                   Assistant United States Attorney
                   Tel.: (212) 637-2779
                   Fax: (212) 637-2390

Enclosures

cc:    Jeffrey Pittell, Esq.
       *By First Class Mail*

---

*Handwritten note:* Application granted. Sentencing is scheduled for December 19, 2008 at 11:00 a.m. So ordered: Barbara S. Jones, USDJ  10/3/08