# JEFFREY G. PITTELL
ATTORNEY AT LAW

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York 11023
www.jpittell.com

Tel (516) 829-2299
Fax (516) 977-3003
Email jp@jpittell.com

November 25, 2008

Honorable Barbara S. Jones
United States District Court
500 Pearl St
New York, NY 10007

Re:   *United States v. Jenny Perez*
      07 cr 902 (BSJ)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/08
```

Dear Judge Jones:

    We are counsel for Jenny Perez, the defendant in the above referenced matter.

    Previously, Ms. Perez pleaded guilty to a misdemeanor information. Her case is currently scheduled for sentencing on December 19, 2008.

    We recently received the Presentence Investigation Report ("PSR"). Currently, we do not anticipate having sufficient time to review the PSR with Ms. Perez. In addition, we are in the process of seeking additional information, which will supplement the PSR, for inclusion in our sentencing submission. However, at this point, we do not expect to complete our sentencing submission prior to December 19th. Accordingly, we respectfully request an adjournment of her sentencing until February 5, 2009 at 11 a.m.

    We have conferred with the Government and they do not object to this request.

Respectfully submitted,

*Jeffrey G. Pittell*

Jeffrey G. Pittell

cc:   AUSA John Cronan (via email)

SO ORDERED
Dated:
/s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.
11/25/08