# JEFFREY G. PITTELL
ATTORNEY AT LAW

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York  11023
*www.jpittell.com*

Tel  (516) 829-2299
Fax  (516) 977-3003
Email  *jp@jpittell.com*

April 24, 2009

Honorable Barbara S. Jones
United States District Court
500 Pearl St
New York, NY 10007

Re:    *United States v. Jenny Perez*
       07 cr 902  (BSJ)

Dear Judge Jones:

    On April 7, 2009, you sentenced Ms. Perez to a term of probation in the above referenced matter.

    I am informed by Pre-Trial Services that, even though the above matter is closed, they will not return Ms. Perez's passport without a court order.

    Accordingly, I respectfully request the Court issue an order, by endorsement of this letter, directing Pre-Trial Services to return the passport to Ms. Perez.

    Respectfully submitted,

    /s/

    Jeffrey G. Pittell

cc:    AUSA John Cronan

SO ORDERED:

_____