# JEFFREY G. PITTELL
ATTORNEY AT LAW

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York  11023
www.jpittell.com

Tel  (516) 829-2299
Fax  (516) 977-3003
Email  jp@jpittell.com

April 28, 2009

Honorable Barbara S. Jones
United States District Court
500 Pearl St
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

Re:   United States v. Jenny Perez
      07 cr 902  (BSJ)

Dear Judge Jones:

On April 7, 2009, you sentenced Ms. Perez to a term of probation in the above referenced matter.

I am informed by Pre-Trial Services that, even though the above matter is closed, they will not return Ms. Perez's passport without a court order.

Accordingly, I respectfully request the Court issue an order, by endorsement of this letter, directing Pre-Trial Services to return the passport to Ms. Perez.

Respectfully submitted,

/s/
Jeffrey G. Pittell

cc:   AUSA John Cronan

SO ORDERED:

[signature]
5/4/09